UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY MORRISON, | ) | Case No. CV 12-10414 GHK (MRW) |
|       Petitioner, | ) | |
|     vs. | ) | JUDGMENT |
| LINDA SANDERS, Warden, | ) | |
|       Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 4/29/13

_____
HON. GEORGE H. KING
UNITED STATES DISTRICT JUDGE